**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2144

DEMARK DIXON,

Plaintiff – Appellant,

v.

MR. TOM RAMIREZ, US Probation Officer, acting in his own individual capacity, but under color of Federal Authority; HALLS AUTOMOTIVE, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:12-cv-00137-RAJ-TEM)

Submitted: January 14, 2013          Decided: February 12, 2013

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeMark Dixon, Appellant Pro Se. Virginia Lynn Van Valkenburg, Assistant United States Attorney, Norfolk, Virginia; Randall Clair Lenhart, Jr., KALBAUGH, PFUND & MESSERSMITH, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeMark Dixon appeals the district court's orders dismissing his complaint for failing to state a claim and denying his Rule 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dixon v. Ramirez, No. 2:12-cv-00137-RAJ-TEM (E.D. Va. July 18, 2012; Oct. 1, 2012). We deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED